IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARREN KRAFT, JR. | § | |
| | § | No. 706, 2015 |
| Respondent Below, | § | |
| Appellant, | § | Court Below – Family Court of |
| | § | the State of Delaware in and for |
| v. | § | New Castle County |
| | § | |
| DIVISION OF FAMILY SERVICES, | § | File Nos. CN14-03761, 15-09-07TN |
| | § | |
| Petitioner Below, | § | Petition Nos. 14-18617 |
| Appellee. | § | 15-27967 |

Submitted: August 17, 2016
Decided: August 19, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

## ORDER

This 19th day of August, 2016, the Court has concluded that the final judgment of the Family Court should be affirmed for the reasons stated in its December 2, 2015 opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Family Court is AFFIRMED.[1]

BY THE COURT:

_____
Justice

---

[1] The Court assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).